**Order entered February 26, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00777-CR

**MICHAEL J. MARBLE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-52953-M**

## ORDER

The Court **ORDERS** court reporter Belinda Baraka to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing Defendant's Exhibit no. 1, a CD.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Belinda Baraka, official court reporter, 194th Judicial District Court, and to counsel for all parties.

/s/     ADA BROWN
        JUSTICE